# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Community Housing Improvement Program, Rent Stabilization Association of N.Y.C., Inc., et al.,

*Plaintiff(s)*

v.

City of New York, Rent Guidelines Board, et al.

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of New York
Office of the Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Reginald R. Goeke
Mayer Brown LLP
1999 K Street N.W.
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/15/2019

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Community Housing Improvement Program, Rent Stabilization Association of N.Y.C., Inc., et al.,

*Plaintiff(s)*

v.

City of New York, Rent Guidelines Board, et al.

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rent Guidelines Board
Office of the Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Reginald R. Goeke
Mayer Brown LLP
1999 K Street N.W.
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/15/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Community Housing Improvement Program, Rent Stabilization Association of N.Y.C., Inc., et al.,

*Plaintiff(s)*

v.

City of New York, Rent Guidelines Board, et al.

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David Reiss (in his official capacity as Chair of the Rent Guidelines Board)
Office of the Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Reginald R. Goeke
Mayer Brown LLP
1999 K Street N.W.
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/15/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Community Housing Improvement Program, Rent Stabilization Association of N.Y.C., Inc., et al.,

*Plaintiff(s)*

v.

City of New York, Rent Guidelines Board, et al.

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cecilia Joza (in her official capacity as a Member of the Rent Guidelines Board)
Office of the Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Reginald R. Goeke
Mayer Brown LLP
1999 K Street N.W.
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/15/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Community Housing Improvement Program, Rent Stabilization Association of N.Y.C., Inc., et al.,

*Plaintiff(s)*

v.

City of New York, Rent Guidelines Board, et al.

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alex Schwarz (in his official capacity as a Member of the Rent Guidelines Board)
Office of the Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Reginald R. Goeke
Mayer Brown LLP
1999 K Street N.W.
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/15/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Community Housing Improvement Program, Rent Stabilization Association of N.Y.C., Inc., et al.,

*Plaintiff(s)*

v.                                                         Civil Action No.

City of New York, Rent Guidelines Board, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  German Tejeda (in his official capacity as a Member of the Rent Guidelines Board)
Office of the Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Reginald R. Goeke
Mayer Brown LLP
1999 K Street N.W.
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/15/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Community Housing Improvement Program, Rent Stabilization Association of N.Y.C., Inc., et al.,

*Plaintiff(s)*

v.

City of New York, Rent Guidelines Board, et al.

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   May Yu (in her official capacity as a Member of the Rent Guidelines Board)
Office of the Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Reginald R. Goeke
Mayer Brown LLP
1999 K Street N.W.
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/15/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Community Housing Improvement Program, Rent Stabilization Association of N.Y.C., Inc., et al.,<br><br>*Plaintiff(s)*<br>v.<br>City of New York, Rent Guidelines Board, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Patti Stone (in her official capacity as a Member of the Rent Guidelines Board)
Office of the Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Reginald R. Goeke
Mayer Brown LLP
1999 K Street N.W.
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/15/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Community Housing Improvement Program, Rent Stabilization Association of N.Y.C., Inc., et al.,

*Plaintiff(s)*

v.

City of New York, Rent Guidelines Board, et al.

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  J. Scott Walsh (in her official capacity as a Member of the Rent Guidelines Board)
Office of the Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Reginald R. Goeke
Mayer Brown LLP
1999 K Street N.W.
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/15/2019

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Community Housing Improvement Program, Rent Stabilization Association of N.Y.C., Inc., et al.,

*Plaintiff(s)*

v.

City of New York, Rent Guidelines Board, et al.

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Leah Goodridge (in her official capacity as a Member of the Rent Guidelines Board)
Office of the Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reginald R. Goeke
Mayer Brown LLP
1999 K Street N.W.
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/15/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Community Housing Improvement Program, Rent Stabilization Association of N.Y.C., Inc., et al.,<br><br>*Plaintiff(s)*<br>v.<br>City of New York, Rent Guidelines Board, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sheila Garcia (in her official capacity as a Member of the Rent Guidelines Board)
Office of the Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Reginald R. Goeke
Mayer Brown LLP
1999 K Street N.W.
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/15/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Community Housing Improvement Program, Rent Stabilization Association of N.Y.C., Inc., et al.,<br><br>*Plaintiff(s)*<br>v.<br>City of New York, Rent Guidelines Board, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    RuthAnne Visnauskas (in her official capacity as Commissioner of New York State Homes and Community Renewal, Division of Housing and Community Renewal)
25 Beaver Street, 5th Floor
New York, New York 10004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Reginald R. Goeke
Mayer Brown LLP
1999 K Street N.W.
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/15/2019

*Signature of Clerk or Deputy Clerk*