AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Community Housing Improvement Program, Rent Stabilization Association of N.Y.C., Inc., et al., <br><br> *Plaintiff(s)* <br> v. <br> City of New York, Rent Guidelines Board, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  19cv4087 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rent Guidelines Board
Office of the Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Reginald R. Goeke
Mayer Brown LLP
1999 K Street N.W.
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 7/16/2019

/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*

United States District Court
Eastern District of New York

Community Housing Improvement Program, Rent Stabilization Association of N.Y.C., Inc., et al.

    Plaintiff
VS

City of New York, Rent Guidelines Board, et al.

    Defendant

**AFFIDAVIT OF SERVICE**

File/Index No.: 19cv4087
Issued On:
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: Rent Guidelines Board**

STATE OF New York, COUNTY OF New York: ss

Harlin Parker being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of New York.

On 7/19/2019 at 2:24 PM at 100 Church Street, New York, NY 10007, I effected service of process of the following documents: Summons In A Civil Action; Complaint; Judge Margo K. Brodie Individual Practices and Rules upon Rent Guidelines Board, a/the Defendant in this matter/proceeding:

by delivering to and leaving a true copy thereof with Betty Mazyck, who is a/the Authorized Clerk of/for Rent Guidelines Board.

I describe the recipient at the time of service as follows: Gender: Female Race/Skin: Black Age: 50 Height: 5'-5" Weight: 220 Hair: black

Subscribed and sworn before me on 07/22/19

_____
Notary Public
Notary #: Qualified in County:
My Commission expires on:
TOBY GRAGNANIELLO
Notary Public – State of New York
No.01GR4987916
Qualified in New York County
My Commission Expires 06/11/2022

Harlin Parker 0793198
Target Research & Investigation
233 Broadway, Suite 2065,
New York, NY 10279
(212) 227-9600

Corporate Delivery to a person



Order #:T85389