UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

COMMUNITY HOUSING IMPROVEMENT PROGRAM, RENT STABILIZATION ASSOCIATION OF N.Y.C., INC., CONSTANCE NUGENT-MILLER, MYCAK ASSOCIATES LLC, VERMYCK LLC, M&G MYCAK LLC, CINDY REALTY LLC, DANIELLE REALTY LLC, FOREST REATLTY, LLC,

                              Plaintiffs,

- against -

CITY OF NEW YORK, RENT GUIDELINES BOARD, DAVID REISS, CECILIA JOZA, ALEX SCHWARZ, GERMAN TEJEDA, MAY YU, PATTI STONE, J. SCOTT WALSH, LEAH GOODRIDGE, AND SHEILA GARCIA, IN THEIR OFFICIAL CAPACITIES AS CHAIR AND MEMBERS, RESPECTIVELY, OF THE RENT GUIDELINES BOARD, AND RUTHANNE VISNAUSKAS, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF NEW YORK STATE HOMES AND COMMUNITY RENEWAL, DIVISION OF HOUSING AND COMMUNITY RENEWAL,

                              Defendants.

------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

19-cv-04087 (MKB)

**TO THE CLERK OF THE COURT:**

      **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Rachel K. Moston, appears as counsel for Defendants the City of New York ("City"), David Reiss, Cecelia Joza, Alex Schwarz, German Tejeda, May Yu, Patti Stone, J. Scott Walsh, Leah Goodridge, and Sheila Garcia, in their official capacities as Chair and Members, respectively, of the New York City Rent Guidelines Board ("RGB") (collectively, "City Defendants"), and requests receipt of notice of all docket events via the Electronic Case Filing system.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
August 7, 2019

                ZACHARY W. CARTER
                Corporation Counsel of
                the City of New York
                Attorney for City Defendants
                100 Church Street, Room 5-153
                New York, New York 10007
                Email: rmoston@law.nyc.gov
                Tel: (212) 356-2190
                Fax: (212) 356-2019

                              /s/

By:     _____
        Rachel K. Moston
        Assistant Corporation Counsel

TO:     Reginald R. Goeke, Esq. (via ECF)
        *Counsel for Plaintiffs*

        Michael Berg, Esq. (via ECF)
        Jonathan Conley, Esq.
        *Counsel for Co-Defendant DHCR*