UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COMMUNITY HOUSING IMPROVEMENT PROGRAM, et al.,

                Plaintiffs,

    v.

CITY OF NEW YORK, et al.,

                Defendants.

**NOTICE OF APPEARANCE**

Case No.: 19-cv-4087 (MKB-RLM)

---

      PLEASE TAKE NOTICE that Andrew J. Pincus of Mayer Brown LLP hereby appears as counsel for Community Housing Improvement Program, Rent Stabilization Association of N.Y.C., Inc., Constance Nugent-Miller, Mycak Associates LLC, Vermyck LLC, M&G Mycak LLC, Cindy Realty LLC, Danielle Realty LLC, Forest Realty, LLC, plaintiffs in the above-captioned action, and requests that all notices given or service made in connection with this action be given or made upon Andrew J. Pincus as set forth below.

Dated: August 8, 2019

                /s/ *Andrew J. Pincus*
                Andrew J. Pincus
                MAYER BROWN LLP
                1999 K Street N.W.
                Washington, D.C. 20006
                Tel.: (202) 263-3206
                Fax: (202) 263-5206
                apincus@mayerbrown.com

                *Counsel for Plaintiffs*