UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMUNITY HOUSING IMPROVEMENT PROGRAM, RENT STABILIZATION ASSOCIATION OF N.Y.C., INC., CONSTANCE NUGENT-MILLER, MYCAK ASSOCIATES LLC, VERMYCK LLC, M&G MYCAK LLC, CINDY REALTY LLC, DANIELLE REALTY LLC, FOREST REALTY, LLC,<br><br>                         Plaintiffs,<br><br>     v.<br><br>CITY OF NEW YORK, RENT GUIDELINES BOARD, DAVID REISS, CECILIA JOZA, ALEX SCHWARZ, GERMAN TEJEDA, MAY YU, PATTI STONE, J. SCOTT WALSH, LEAH GOODRIDGE, AND SHEILA GARCIA, IN THEIR OFFICIAL CAPACITIES AS CHAIR AND MEMBERS, RESPECTIVELY, OF THE RENT GUIDELINES BOARD, AND RUTHANNE VISNAUSKAS, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF NEW YORK STATE HOMES AND COMMUNITY RENEWAL, DIVISION OF HOUSING AND COMMUNITY RENEWAL,<br><br>                         Defendants. | **Notice of Appearance**<br><br>1:19-cv-04087-MKB-RLM |

      **Please take notice** that Jonathan Conley, Assistant Attorney General in the New York State Attorney General's Office, appears in this action on behalf of defendant Commissioner RuthAnne Visnauskas, and requests notice of all docket events in this action. I certify that I am admitted to practice in this Court.

Page 1 of 2

Dated:  New York, New York
        September 6, 2019

                LETITIA JAMES
                Attorney General of the State of New York
                 *Counsel for Commissioner Visnauskas*
                By:

                /s/_____
                Jonathan D. Conley
                Assistant Attorney General
                28 Liberty St.
                New York, New York 10005
                (212) 416-8108
                Jonathan.Conley@ag.ny.gov

Copies to Counsel of Record (by ECF)