| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>COMMUNITY HOUSING IMPROVEMENT PROGRAM, RENT STABILIZATION ASSOCIATION OF N.Y.C., INC., CONSTANCE NUGENT-MILLER, MYCAK ASSOCIATES LLC, VERMYCK LLC, M&G MYCAK LLC, CINDY REALTY LLC, DANIELLE REALTY LLC, FOREST REALTY, LLC,<br><br>                      Plaintiffs,<br><br>                      v.<br><br>CITY OF NEW YORK, RENT GUIDELINES BOARD, DAVID REISS, CECILIA JOZA, ALEX SCHWARZ, GERMAN TEJEDA, MAY YU, PATTI STONE, J. SCOTT WALSH, LEAH GOODRIDGE, AND SHEILA GARCIA, IN THEIR OFFICIAL CAPACITIES AS CHAIR AND MEMBERS, RESPECTIVELY, OF THE RENT GUIDELINES BOARD, AND RUTHANNE VISNAUSKAS, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF NEW YORK STATE HOMES AND COMMUNITY RENEWAL, DIVISION OF HOUSING AND COMMUNITY RENEWAL,<br><br>                      Defendants. | No. 19 Civ. 4087 (MKB) (RLM)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Assistant Attorney General Michael A. Berg, of the Office of Attorney General Letitia James of the State of New York, hereby appears in this action on behalf of defendant Ruthanne Visnauskas. This appearance is without prejudice to defendant's right to assert any and all applicable defenses.

I certify that I am admitted to practice law in the United States District Court for the Eastern District of New York.

Dated: New York, New York
       September 13, 2019

                                  LETITIA JAMES
                                  Attorney General
                                  State of New York
                                  *Attorney for State Defendant*

                                  _____/s/_____

                                  Michael A. Berg
                                  Assistant Attorney General
                                  28 Liberty Street
                                  New York, New York 10005
                                  (212) 416-8651
                                  michael.berg@ag.ny.gov