

September 23, 2019

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Community Housing Improvement Program, et al. v. City of New York, et al.,* 19-cv-4087

Dear Judge Brodie:

    We write regarding our September 20, 2019 letter (Dkt. 34) to clarify the extent of Plaintiffs' consent to intervention. Plaintiffs do not consent to any intervention ***as of right*** under Federal Rule of Civil Procedure 24(a). Plaintiffs do, however, consent to the ***permissive*** intervention of the Coalition for the Homeless (Coalition), N.Y. Tenants and Neighbors (T&N), and Community Voices Heard (CVH) under Federal Rule of Civil Procedure 24(b) on the understanding that the Coalition, T&N, and CVH will make all filings jointly on the same schedule as Defendants.

Respectfully submitted,

_____
Faith Gay
Caitlin Halligan
Sean Baldwin
Selendy & Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
(212) 390-9001
fgay@selendygay.com
challigan@selendygay.com
sbaldwin@selendygay.com

Edward Josephson
Director of Litigation
Legal Services NYC
105 Court Street, 4th floor
Brooklyn, NY 11201
(718) 237-5538
ejosephson@lsnyc.org

Judith Goldiner
Attorney in Charge
Civil Law Reform Unit
Ellen Davidson, of counsel
The Legal Aid Society
199 Water St., 3rd Floor
New York, N.Y. 10038
(212) 577-3332
JGoldiner@legal-aid.org