**MAYER | BROWN**

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
mayerbrown.com

**Andrew J. Pincus**
Partner
T: +1 202 263 3220
apincus@mayerbrown.com

**VIA ECF**

September 25, 2019

Honorable Margo K. Brodie
United States Courthouse
Eastern District of New York
225 Cadman Plaza East, Courtroom 6F
Brooklyn, NY 11201

Re: *CHIP, RSA, et al. v. City of New York, et al.*, Docket No. 19-cv-04087:
Briefing Schedule for Motions to Dismiss

Dear Judge Brodie:

We write jointly on behalf of the plaintiffs, defendant Visnauskas, the City Defendants,[1] and the Intervenors[2] (collectively, the "Parties") in the above-captioned action. Pursuant to this Court's September 19, 2019 Order, counsel for the Parties have conferred on a briefing schedule for the contemplated motions to dismiss. *See* ECF Nos. 27, 29, 31, 34, 35. The Parties have agreed upon, and jointly propose the following briefing schedule for the Court's consideration:

| Filing | Due Date |
|---|---|
| Motions to Dismiss by Defendants and Intervenors | November 1, 2019 |
| Opposition to Motions to Dismiss by Plaintiffs | December 13, 2019 |
| Reply in Support of Motions to Dismiss by Defendants and Intervenors | January 17, 2020 |

The Parties thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ *Andrew J. Pincus*

Andrew J. Pincus
*Counsel for Plaintiffs*

cc: Rachel K. Moston, Esq. (via ECF)
*Counsel for City Defendants*

Michael Berg, Esq. (via ECF)

---

[1] The "City Defendants" are City of New York, David Reiss, Cecelia Joza, Alex Schwarz, German Tejeda, May Yu, Patti Stone, J. Scott Walsh, Leah Goodridge, and Sheila Garcia, in their official capacities as Chair and Members, respectively, of the New York City Rent Guidelines Board (together with defendant Visnauskas, "Defendants").

[2] The "Intervenors" are the N.Y. Tenants and Neighbors, Community Voices Heard, and Coalition for the Homeless.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

Mayer Brown LLP

September 25, 2019
Page 2

    Jonathan Conley, Esq.
    *Counsel for Defendant Visnauskas*

    Edward Josephson (via ECF)
    Judith Goldiner (via ECF)
    Faith Gay (via ECF)
    *Counsel for Intervenors*