UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------

COMMUNITY HOUSING IMPROVEMENT
PROGRAM, RENT STABILIZATION
ASSOCIATION OF N.Y.C, INC., CONSTANCE
NUGENT-MILLER, MYCAK ASSOCIATES LLC,
VERMYCK LLC, M&G MYCAK LLC, CINDY
REALTY LLC, DANIELLE REALTY LLC, and
FOREST REALTY, LLC,

        Plaintiffs,

    v.

CITY OF NEW YORK, RENT GUIDELINES
BOARD, DAVID REISS, CECILIA JOZA, ALEX
SCHWARZ, GERMAN TEJEDA, MAY YU,
PATTI STONE, J. SCOTT WALSH, LEAH
GOODRIDGE, SHEILA GARCIA, and
RUTHANNE VISNAUSKAS,

        Defendants.

NOT FOR PUBLICATION

**ORDER**
19-CV-4087 (MKB)

---------------------------------------------------------------

MARGO K. BRODIE, United States District Judge:

  By letter dated October 8, 2019, Towaki Komatsu ("Komatsu"), proceeding *pro se*, requests that the Court (1) grant his motion to intervene, (2) impose sanctions on defense counsel, and (3) allow him to "appear as an amicus curiae in this action." (Letter dated Oct. 8, 2019, Docket Entry No. 42.) By Order dated October 8, 2019, the Court denied Komatsu's motion to intervene because he did not meet the standard for intervention as of right under Rule 24(a) of the Federal Rules of Civil Procedure and the Court declined to exercise its discretion to permit Komatsu to intervene pursuant to Rule 24(b) of the Federal Rules of Civil Procedure. (Order dated Oct. 8, 2019, Docket Entry No. 41.)

The Court hereby denies Komatsu's requests to sanction defense counsel and to allow him to "appear as amicus curiae," (Letter dated Oct. 8, 2019), as there is no basis in law or fact for either application. *See Kearns v. Cuomo*, No. 19-CV-902, 2019 WL 5060623, at *5 (W.D.N.Y. Oct. 9, 2019) ("The usual rationale for *amicus curiae* submissions is that they are of aid to the court and offer insights not available from the parties."); *Muchmore's Café, LLC v. City of New York*, No. 14-CV-5668, 2018 WL 3489556, at *2 (E.D.N.Y. July 19, 2018) ("A district court has broad discretion to grant or deny an appearance as *amicus curiae*.").

Dated: October 11, 2019
      Brooklyn, New York

SO ORDERED:

_____s/ MKB_____
MARGO K. BRODIE
United States District Judge