UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Community Housing Improvers

                  Plaintiff(s),

v.

City of New York, et al.

                  Defendant(s).

19 Civ. 4087

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

I, Thaddeus Caldwell Eagles, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of Selendy & Gay PLLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of New York and District of Columbia.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: NY-5389630, DC-N/A
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 19 Civ. 4087 for Movants N.Y. Tenants and Neighbors (T&N), Community Voices Heard (CVH), and Coalition For the Homeless.

Date 10/24/19
New York, NY

**NOTARIZED**

NOBIN K MIAH
Notary Public State of New York
No. 01MI6358933
Qualified in Queens County
Commission Expires May 22, 2021

Signature of Movant
Firm Name SELENDY & GAY PLLC
Address 1290 Avenue of the Americas
New York, NY 10104

Email teagles@selendygay.com
Phone 212-390-9000