

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**RACHEL K. MOSTON**
Phone: 212-356-2190
Fax: 212-356-2019
E-mail: rmoston@law.nyc.gov

October 29, 2019

BY ECF
Honorable Margo K. Brodie
United States Courthouse
Eastern District of New York
225 Cadman Plaza East, Courtroom 6F
Brooklyn, New York 11201

Re:  CHIP, RSA, et al. v. City of New York, et al., Docket No. 19-cv-04087

Dear Judge Brodie:

I am an attorney in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, counsel for Defendants the City of New York ("City"), David Reiss, Cecelia Joza, Alex Schwarz, German Tejeda, May Yu, Patti Stone, J. Scott Walsh, Leah Goodridge, and Sheila Garcia, in their official capacities as Chair and Members, respectively, of the New York City Rent Guidelines Board (collectively, "City Defendants").  I write to respectfully request permission to file an additional 10 pages for City Defendants' Memorandum of Law in Support of City Defendants' Motion to Dismiss the Complaint in this matter.  See Individual Practice Rule 3(B) (permitting 25 pages without prior permission).  City Defendants require an additional ten pages to respond to the allegations set forth in the 125-page Complaint.

City Defendants have contacted all parties with respect to this request, and all parties have consented.  Pursuant to this Court's Order, dated September 25, 2019, City Defendants' motion to dismiss the Complaint shall be served on November 1, 2019.

Respectfully submitted,
/s/
Rachel K. Moston

Cc: Reginald R. Goeke, Esq. (via ECF)
*Counsel for Plaintiffs*

Michael Berg, Esq. (via ECF)
Jonathan Conley, Esq.
*Counsel for Co-Defendant DHCR*

Ellen Davidson, Esq. (via ECF)
*Counsel for T&N and CVH*

Sean Baldwin, Esq. (via ECF)
*Counsel for Coalition for the Homeless*