

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

October 30, 2019

Writer's Direct Dial: (212) 416-8108

*By ECF*
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Cmty. Hous. Improvement Program, et al. v. City of New York, et al.*, No. 19-cv-04087

Dear Judge Brodie:

      This Office represents Commissioner RuthAnne Visnauskas of the New York State Division of Housing and Community Renewal ("DHCR") in the above-referenced action. In accordance with Your Honor's Individual Practices and Rules, I write to respectfully request a five-page extension of the page limit applicable to DHCR's memorandum of law in support of its motion to dismiss the complaint. All parties consent to this request.

      To fully address the allegations and claims raised in Plaintiffs' 121-page complaint, DHCR requires a five-page extension of the Court's 25-page limit for memoranda of law in support of motions under Individual Practice 3.B. DHCR therefore respectfully requests permission to file a memorandum of law in support of its motion of 30 pages or less.

      Thank you for your time and attention in this matter.

                          Respectfully submitted,

                          /s/
                          Jonathan D. Conley
                          Michael A. Berg
                          Assistant Attorneys General

Copies to Counsel of Record (by ECF)