UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMUNITY HOUSING IMPROVEMENT PROGRAM, RENT STABILIZATION ASSOCIATION OF N.Y.C., INC., CONSTANCE NUGENT-MILLER, MYCAK ASSOCIATES LLC, VERMYCK LLC, M&G MYCAK LLC, CINDY REALTY LLC, DANIELLE REALTY LLC, FOREST REALTY, LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF NEW YORK, RENT GUIDELINES BOARD, DAVID REISS, CECILIA JOZA, ALEX SCHWARZ, GERMAN TEJEDA, MAY YU, PATTI STONE, J. SCOTT WALSH, LEAH GOODRIDGE, AND SHEILA GARCIA, IN THEIR OFFICIAL CAPACITIES AS CHAIR AND MEMBERS, RESPECTIVELY, OF THE RENT GUIDELINES BOARD, AND RUTHANNE VISNAUSKAS, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF NEW YORK STATE HOMES AND COMMUNITY RENEWAL, DIVISION OF HOUSING AND COMMUNITY RENEWAL,<br><br>      Defendants. | Case No. 19 Civ. 4087 (MKB) (RLM) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Thaddeus Caldwell Eagles of Selendy & Gay PLLC, with offices located at 1290 Avenue of the Americas, 17th Floor, New York, New York, hereby appears on behalf of Intervenors N.Y. Tenants and Neighbors

(T&N), Community Voices Heard (CVH), and Coalition for the Homeless in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, NY
October 30, 2019

SELENDY & GAY PLLC

By: /s/ *Thaddeus Caldwell Eagles*
Thaddeus Caldwell Eagles
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
teagles@selendygay.com

*Attorneys for Intervenors N.Y. Tenants and Neighbors (T&N), Community Voices Heard (CVH), and Coalition for the Homeless*