UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COMMUNITY HOUSING IMPROVEMENT PROGRAM, RENT STABILIZATION ASSOCIATION OF N.Y.C., INC., CONSTANCE NUGENT-MILLER, MYCAK ASSOCIATES LLC, VERMYCK LLC, M&G MYCAK LLC, CINDY REALTY LLC, DANIELLE REALTY LLC, FOREST REALTY, LLC,

Plaintiffs,

v.

CITY OF NEW YORK, RENT GUIDELINES BOARD, DAVID REISS, CECILIA JOZA, ALEX SCHWARZ, GERMAN TEJEDA, MAY YU, PATTI STONE, J. SCOTT WALSH, LEAH GOODRIDGE, AND SHEILA GARCIA, IN THEIR OFFICIAL CAPACITIES AS CHAIR AND MEMBERS, RESPECTIVELY, OF THE RENT GUIDELINES BOARD, AND RUTHANNE VISNAUSKAS, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF NEW YORK STATE HOMES AND COMMUNITY RENEWAL, DIVISION OF HOUSING AND COMMUNITY RENEWAL,

Defendants.

19-cv-04087 (MKB)

---

**NOTICE OF DEFENDANT RUTHANNE VISNAUSKAS'S MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, defendant RuthAnne Visnauskas, Commissioner of the New York State Division of Housing and Community Renewal, will move this Court, before the Honorable Margo K. Brodie, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing, with prejudice, the Complaint filed in this action by plaintiffs Community Housing Improvement Program et al. on July 15, 2019 (ECF No. 1), for failure to state a claim on which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order dated September 25, 2019, plaintiffs' opposition papers must be filed by December 13, 2019, and defendants' reply papers, if any, must be filed by January 17, 2020.

Dated: New York, New York  
      November 1, 2019

LETITIA JAMES  
Attorney General  
State of New York  
*Attorney for Defendant*

By: _____/s/_____  
Michael A. Berg  
Jonathan D. Conley  
Assistant Attorneys General  
28 Liberty Street  
New York, New York 10005  
(212) 416-8651  
(212) 416-8108  
michael.berg@ag.ny.gov  
jonathan.conley@ag.ny.gov

2