

**GEORGIA PESTANA**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**RACHEL K. MOSTON**
Phone: 212-356-2190
Fax: 212-356-2019
E-mail: rmoston@law.nyc.gov

November 1, 2019

By Electronic Mail
Reginald R. Goeke, Esq.
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020

      Re:    *CHIP, RSA, et al. v. The City of New York, et al.*
              Docket No. 19 CV 04087 (MKB)

Dear Mr. Goeke:

        This office represents the City Defendants in the above-referenced matter. In accordance with Judge Brodie's Individual Motion Practice Rule 3(D), enclosed please find copies of the following documents in support of City Defendants' Motion to Dismiss the Complaint: (1) Defendants' Notice of Motion; (2) the November 1, 2019 Declaration of Rachel K. Moston, with Exhibits A – C; and (3) City Defendants' Memorandum of Law in Support of Their Motion to Dismiss.

Respectfully submitted,

Rachel K. Moston
Assistant Corporation Counsel

Cc:    Via electronic mail:

Michael Berg, Esq.
Jonathan Conley, Esq.
*Counsel for Co-Defendant DHCR*

Ellen Davidson, Esq.
*Counsel for Intervenors T&N and CVH*

Sean Baldwin, Esq.
*Counsel for Intervenor Coalition for the Homeless*