Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Sean Baldwin
Partner
212 390 9007
sbaldwin@selendygay.com

**Selendy & Gay**

November 1, 2019

**Via E-mail and Overnight Delivery**

| | |
|---|---|
| Andrew J. Pincus | Timothy S. Bishop |
| Reginald R. Goeke | Mayer Brown LLP |
| Mayer Brown LLP | 634 West Aldine Ave |
| 1999 K Street NW | Chicago, IL 60657 |
| Washington, DC 20006 | 312-701-7829 |
| 202-263-3000 | tbishop@mayerbrown.com |
| apincus@mayerbrown.com | |
| rgoeke@mayerbrown.com | Robert W. Hamburg |
| | Mayer Brown LLP |
| | 1221 Avenue of the Americas |
| | New York, NY 10020 |
| | 212-506-2500 |
| | rhamburg@mayerbrown.com |

Re: **Community Housing Improvement Program, et al. v. City of New York, et al., 19-cv-4087**

Dear Mr. Pincus,

This firm represents intervenors Tenants and Neighbors, Community Voices Heard, and Coalition for the Homeless.

Pursuant to Judge Brodie's Individual Practices and Rules, Intervenors have electronically filed this letter, and will electronically file their moving papers on the day the motion is fully briefed and will thereafter mail courtesy copies of the motion papers to Chambers. Enclosed with this letter please find:

1. Intervenors' Notice of Motion to Dismiss
2. Intervenors' Memorandum of Law in Support of its Motion to Dismiss.

Respectfully submitted,

Sean Baldwin

Sean Baldwin
Partner
212 390 9007
sbaldwin@selendygay.com

November 1, 2019

Cc: Hon. Margo K. Brodie (by ECF)
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Rachel K. Moston, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
212-356-2190
Fax: 212-356-2019
Email: rmoston@law.nyc.gov
*Counsel for City Defendants*

Michael Berg, Esq.
Jonathan Conley, Esq.
Office of the NYS Attorney General
Litigation Bureau
28 Liberty Street
New York, NY 10005
(212)416-8651
Fax: (212)416-6075
michael.berg@ag.ny.gov
jonathan.conley@ag.ny.gov
*Counsel for Defendant Visnauskas*