

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

| | |
|---|---|
| LETITIA JAMES<br>ATTORNEY GENERAL | DIVISION OF STATE COUNSEL<br>LITIGATION BUREAU |

Writer's Direct Dial: (212) 416-8651

November 1, 2019

**By ECF**
Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: *Cmty. Hous. Improvement Program v. City of N.Y.*, No. 19 Civ. 4087 (MKB) (RLM)

Dear Judge Brodie:

This Office represents Commissioner RuthAnne Visnauskas of the New York State Division of Housing and Community Renewal, a defendant in the above-referenced action.

Today we served and filed Commissioner Visnauskas's motion to dismiss the action and her supporting memorandum of law. (ECF Nos. 53-54.) We write at the direction of Your Honor's Chambers to request that in light of the Court's bundling rule, the clerk be directed to remove these motion papers from the ECF docket until the motion has been fully briefed, at which time we will refile them. Counsel for all parties have consented to this request.

We apologize for any inconvenience to the Court, and we appreciate Your Honor's continued attention to this matter.

Respectfully,

/s/

Michael A. Berg
Assistant Attorney General

cc: All Counsel