**United States District Court**

**Eastern District of New York**

_____

_____

**NOTICE OF**

**RELATED CASE**

_____

_____

The Civil Cover Sheet filed in civil action

19 __ CV 6447__

1) Indicated that this case is related to the following case(s):

19CV4087

_____

_____

-OR-

2) the case was directly assigned to Judge _____and Magistrate

Judge _____ as a Pro Se or Habeas case related to

___ CR/CV_____