

January 3, 2020

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Community Housing Improvement Program, et al. v. City of New York, et al.*, 19-cv-4087-MKB

Dear Judge Brodie:

     We write on behalf of the intervenors and City defendants.  Both the intervenors and City defendants joined in defendant Visnauskas's motion for an extension of time and for leave to file excess pages.  ECF No. 71 at 1.  We therefore ask that the Court amend its January 1, 2020 order granting that motion to also give the intervenors and City defendants until February 7, 2020 to submit their replies and allow up to 20 pages for those replies.

Respectfully submitted,


   /s/ Sean Baldwin

| | | |
|---|---|---|
| Sean Baldwin | Edward Josephson | Judith Goldiner |
| Caitlin Halligan | Pavita Krishnaswamy | Attorney in Charge |
| Thad Eagles (*pro hac vice*) | Directors of Litigation | Civil Law Reform Unit |
| SELENDY & GAY, PLLC | Legal Services NYC | Ellen Davidson, of counsel |
| 1290 Avenue of the Americas | 105 Court Street, 4th floor | The Legal Aid Society |
| New York, NY  10104 | Brooklyn, NY 11201 | 199 Water St., 3rd Floor |
| Tel: 212-390-9000 | 718-237-5538 | New York, N.Y. 10038 |
| sbaldwin@selendygay.com | ejosephson@lsnyc.org | 212-577-3332 |
| challigan@selendygay.com | pkrishnaswamy@lsnyc.org | JGoldiner@legal-aid.org |
| teagles@selendygay.com | | |

*Attorneys for Tenants and Neighbors, Community Voices Heard, and Coalition for the Homeless*