UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

COMMUNITY HOUSING IMPROVEMENT PROGRAM,
RENT STABILIZATION ASSOCIATION OF N.Y.C., INC.,
CONSTANCE NUGENT-MILLER, MYCAK ASSOCIATES
LLC, VERMYCK LLC, M&G MYCAK LLC, CINDY
REALTY LLC, DANIELLE REALTY LLC, FOREST
REATLTY, LLC,

                                               Plaintiffs,

                                - against -

CITY OF NEW YORK, RENT GUIDELINES BOARD,
DAVID REISS, CECILIA JOZA, ALEX SCHWARZ,
GERMAN TEJEDA, MAY YU, PATTI STONE, J. SCOTT
WALSH, LEAH GOODRIDGE, AND SHEILA GARCIA, IN
THEIR OFFICIAL CAPACITIES AS CHAIR AND
MEMBERS, RESPECTIVELY, OF THE RENT GUIDELINES
BOARD, AND RUTHANNE VISNAUSKAS, IN HER
OFFICIAL CAPACITY AS COMMISSIONER OF NEW
YORK STATE HOMES AND COMMUNITY RENEWAL,
DIVISION OF HOUSING AND COMMUNITY RENEWAL,

                                               Defendants.

19-cv-04087 (MKB)

------------------------------------------------------------------------ x

## NOTICE OF CITY DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that upon the Declaration of Rachel K. Moston, dated November 1, 2019 (and the exhibits provided therewith), and the accompanying Memorandum of Law, dated November 1, 2019, the undersigned will move this Court before the Honorable Margo K. Brodie at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint.

**PLEASE TAKE FURTHER NOTICE,** pursuant to a stipulation between the parties and the permission of the Court, plaintiffs shall file their opposition to this motion by December 13, 2019 and City Defendants shall file their reply by January 17, 2020.

Dated:  New York, New York
        November 1, 2019

                                        GEORGIA M. PESTANA
                                        Corporation Counsel of the City of New York
                                        Attorney for City Defendants

                                                /s/
                                        By:_____
                                           RACHEL K. MOSTON
                                           100 Church Street, Rm. 5-153
                                           New York, New York  10007
                                           212-356-2190
                                           rmoston@law.nyc.gov

TO:

Reginald R. Goeke, Esq. (via ECF)
*Counsel for Plaintiffs*

Michael Berg, Esq. (via ECF)
Jonathan Conley, Esq.
*Counsel for Co-Defendant DHCR*

Ellen Davidson, Esq. (via ECF)
*Counsel for Intervenors T&N and CVH*

Sean Baldwin, Esq. (via ECF)
*Counsel for Intervenor Coalition for the Homeless*