

City of New York
DEPARTMENT OF
HOUSING PRESERVATION AND DEVELOPMENT
100 GOLD STREET, NEW YORK, N.Y. 10038
nyc.gov/hpd

MARIA TORRES-SPRINGER
Commissioner

February 9, 2018

The Honorable Corey Johnson
Speaker
New York City Council
City Hall
New York, NY 10007

Dear Speaker Johnson:

As required by subdivision three of section one of the Local Emergency Housing Rent Control
Act, enclosed is a letter from the United States Bureau of the Census containing results of the
2017 New York City Housing and Vacancy Survey (HVS), as well as the Selected Initial
Findings of the 2017 HVS prepared by HPD's Division of Research & Evaluation.

Sincerely,

Maria Torres-Springer



RECEIVED
FEB 0 9 2018
NYC COUNCIL
LEGISLATIVE DOCS.

(212) 863-6100            FAX (212) 863-6302            TTY (212) 863-8508

Printed on paper containing 30% post-consumer material.

**United States Department of Commerce**
**Bureau of the Census**
**Washington, DC 20233-0001**

January 11, 2018

Elyzabeth Gaumer
Assistant Commissioner for Housing
  Policy Analysis and Statistical Research
Division of Housing Policy Analysis & Statistical Research
Department of Housing Preservation
  and Development
City of New York
100 Gold Street, Room 5E3
New York, NY 10038

Dear Lyz,

In accordance with our contract, I am writing to let you know the rental vacancy rate and its associated standard error for New York City. We derived these data from the 2017 New York City Housing and Vacancy Survey (NYCHVS) conducted between January and May of last year.

Rental Vacancy Rate and 1 Standard Error.........................3.63 percent (+/- 0.22)

The rental vacancy rate is calculated by dividing vacant available for-rent units (that are not dilapidated) by renter occupied units (that are dilapidated and not dilapidated) plus vacant for-rent units (that are not dilapidated).

The method we use to calculate the rental vacancy rate is the same as used in every previous NYCHVSs. Each survey, including the 2017 survey, excludes housing units in group quarters. Group quarters include hospitals, jails, mental institutions, college dormitories, etc.

Sincerely,

Robert R. Callis
Chief, Financial and Market Characteristics Branch
Social, Economic, and Housing Statistics Division

# Selected Initial Findings of the 2017 New York City Housing and Vacancy Survey

## February 9, 2018

Below are the initial findings of the 2017 New York City Housing and Vacancy Survey (HVS).[1]

All findings of this report are based on data from the 2011, 2014, and 2017 HVSs, which are sample surveys. Findings are, thus, subject to sampling and non-sampling errors.[2] For this reason, it is generally appropriate to qualify findings by noting that they are "estimates" of the true value of the variables, which are unknown. For example, we should refer to the rental vacancy rate as the "estimated rental vacancy rate." However, we will not do so in this report because repeated use of the word "estimate" for so many figures would make the report unreasonably cumbersome.

In this report, data from the 2017 HVS are sometimes compared with data from the 2011 and 2014 HVSs. The samples for the 2017, 2014, and 2011 HVSs were drawn from the same sample frame, initially based on the 2010 decennial census, and then updated to the survey year. The samples for the 2011, 2014, and 2017 HVSs were updated for units created through new construction, alterations, and conversions.

## A. Housing Inventory

1. The total number of housing units in New York City in 2017 was 3,469,240, an increase of 69,000 over the number in 2014, and the largest housing stock for New York City in the fifty-two-years since the HVS was first conducted in 1965 (Table 1). This number includes all occupied housing units, all vacant for rent and vacant for sale units, and units that are vacant but not available for sale or for rent.[3]

2. Of the City's 3,469,240 housing units, about 1,034,000 or 30 percent were located in Brooklyn. Manhattan (878,000) and Queens (851,000) each account for one quarter of the City's housing units. The Bronx includes 527,000 or 15 percent and Staten Island, with 179,000 units, comprises 5 percent of the City's housing units (Table 2). Each borough maintained the same proportion of the City's units in 2017 as in 2014 and 2011.

3. The number of rental units (occupied and vacant available) was 2,183,064, comprising 63 percent of the housing stock in 2017 (Table 1).[4] Owner units numbered 1,038,200 or 30 percent of the housing stock.

4. In 2017 there were 966,000 rent-stabilized units (occupied and vacant available), comprising 44 percent of the rental stock (Table 3). This number reflects an updated methodology that improves the accuracy of estimates of the number of rental units by rent regulation categories. The 2017 HVS methodology incorporates additional information on 62,000 units that registered with DHCR as permanently exempt,

Because the HVS is a sample survey, the rental vacancy rate of 3.63 percent is subject to sampling and non-sampling errors. The results of the 2017 HVS show that the standard error of estimate (SEE)[5] of the rental vacancy rate of 3.63 percent is 0.22. This means that the chances are 95 out of 100 that the actual rental vacancy rate would vary from the estimated rental vacancy rate of 3.63 percent by no more than two standard errors, or by plus or minus 0.43 percent (1.96 x 0.22). That is to say that, given the 2017 estimated rental vacancy rate of 3.63 percent, the chances are 95 out of 100 that the actual rental vacancy rate is between 3.2 percent and 4.06 percent (3.63% $\pm$ 1.96 x 0.22).

2. In 2017, the rental vacancy rate in Manhattan was 4.73 percent—the highest among the five boroughs. The vacancy rate in the Bronx was 2.71 percent, while in Brooklyn it was 3.28 percent. In Queens the rental vacancy rate was 3.5 percent. The vacancy rate in Staten Island was 3.73 percent; however, the number of vacant units in the borough was small, so the sampling error of this vacancy rate is likely to be large and should be interpreted with caution (Table 5).

3. The vacancy rate in 2017 for rent-stabilized units as a whole was 2.06 percent. Availability of vacant rental units and vacancy rates differed by the era of building construction. The vacancy rate for rent-stabilized units in buildings built before 1947 was 2.4 percent, while it was 1.21 percent for post-1947 rent-stabilized units (Table 6).

4. The vacancy rate for private non-regulated units (were never rent-controlled or rent-stabilized, were decontrolled, including those in buildings with five or fewer units, and unregulated units in cooperative or condominium buildings) was 6.07 percent, the highest of all major rental categories (Table 6).

5. The vacancy rate for All Other Rental units as a whole (including Public Housing, Mitchell-Lama, *In Rem,* HUD-regulated, Article 4, Loft Board, and Municipal Loan units) was 0.93 percent (Table 6).

6. Vacant units available for low rents were extremely scarce. The rental vacancy rate in 2017 for units with asking rents of less than $800 was just 1.15 percent (Table 7).

   Availability of vacant rental units with asking rents in the $800-$999 range was 2.09 percent in 2017. The vacancy rate for units with asking rents of $1,000-$1,499 was 2.52 percent. For units with an asking rent level of $1,500-$1,999 the rate was 4.11 percent (Table 7).

7. However, above $2,000 asking rent, the number of vacant rental units continued to increase, up 54 percent in 2017, from 23,880 to 36,794. The corresponding net rental vacancy rate moved up from 6.22 percent to 7.42 percent between 2014 and 2017. Above $2,500 asking rent, the vacancy rate went from 7.51 percent to 8.74 percent, the highest vacancy rate for a rent level in the City (Table 7).

households in private non-regulated units was 42 percent higher than the median income of all renter households.

8. The median income of households in All Other Rental Units as a whole (includes Public Housing, Mitchell-Lama, *In Rem,* HUD-regulated, Article 4, Municipal Loan, and Loft Board units) was extremely low: only $18,792, less than half of the median 2016 income of all renter households (Table 10) and virtually unchanged since 2013 in inflation-adjusted terms.

## D. Rents

1. In 2017, the median monthly contract rent, which excludes tenant payments for utilities,[6] was $1,337, while the median monthly gross rent, which includes utility payments,[7] was $1,450 (Table 11). In inflation-adjusted terms, the contract rent was up 8.1 percent from 2014, while the gross rent rose by 6.2 percent.

2. The median asking rent for a vacant unit was $1,875 in 2017, up by 30 percent from 2014 in inflation-adjusted terms. The asking rent for vacant for-rent housing units is the rent asked for the unit at the time of interview, which may differ from the rent paid at the time the unit is occupied. Asking rent may or may not include utilities (Table 11).

3. The median contract rent of rent-controlled units was $915 in 2017 (Table 12).

4. The median contract rent of rent-stabilized units as whole was $1,269 in 2017. It was $1,225 for pre-1947 rent-stabilized units, while it was $1,400 for post-1947 rent-stabilized units. For rent-stabilized units as a whole median contract rent increased from $1,237 in 2014 to $1,269 in 2017, an increase of 2.6% (Table 12).

5. On the other hand, the median contract rent for All Other Rental units as a whole (including Public Housing, Mitchell-Lama, *In Rem,* HUD-regulated, Article 4, Municipal Loan, and Loft Board units) was extremely low: a mere $610, and the lowest by far among the major rental categories in 2017 (Table 12).

6. The median gross rent of rent-controlled units was $1,039 in 2017 (Table 13).

7. The median gross rent of all rent-stabilized units was $1,375 in 2017. The gross rent for pre-1947 rent-stabilized units was $1,343; for post-1947 rent-stabilized units it was $1,485 in 2017 (Table 13).

8. For private non-regulated units (units that were never rent controlled or rent stabilized, units that were decontrolled, and unregulated rental units in cooperative or condominium buildings), the median gross rent in 2017 was $1,830 (Table 13).

9. Similarly to contract rent, the median gross rent of All Other Rental Units as a whole (Public Housing, Mitchell-Lama, *In Rem,* HUD-regulated, Article 4, Municipal Loan, and Loft Board units) was very low, at $649 in 2017 (Table 13).

6. The median contract rent to income ratio for controlled units was 40.2 percent; the median gross rent to income ratio was 43.1 percent (Table 17).

7. Households in rent-stabilized units as a whole had a median contract rent to income ratio of 33.3 percent in 2017; the median gross rent to income ratio was 36 percent. The median contract rent-income ratio for pre-1947 units was 33.7 percent, while it was 32.5 percent for post-1947 units in 2017 (Table 17). The median gross rent to income ratio for pre-1947 units was 36.8 percent and for post-1947 stabilized units it was 34.4 percent.

8. The median contract rent-income ratio for private non-regulated units (units that were never rent controlled or rent stabilized, units that were decontrolled, and unregulated rental units in cooperative or condominium buildings) in the City was 28.9 percent in 2017—the lowest among all major rental categories (Table 17). The median gross rent to income ratio was 31.4 percent.

## F. Housing and Neighborhood Conditions

In 2017, housing and neighborhood conditions in the City were good and continued to improve.

1. In 2017 most occupied housing units in the City were situated in structurally decent buildings.

   Of all occupied units (renter occupied and owner occupied together), 0.2 percent were in dilapidated buildings in 2017. For renter-occupied units the dilapidation rate was 0.2 percent (Table 18).

   The percentage of renter occupied units in buildings with no building defects continued to be high—91.8 percent in 2014 and 93 percent in 2017 (Table 18).

   Housing maintenance conditions were very good. The proportion of renter-occupied units with five or more of the seven maintenance deficiencies measured by the 2017 HVS remained extremely low: only 3.6 percent in 2017, among the lowest ever recorded since these conditions were first measured in 1991 (Table 18). More than half (51.9 percent) of all renter occupied units reported no maintenance deficiencies in 2017.

2. Neighborhood quality was also very good. Two indicators of housing quality are used in the HVS: One is an interviewer observation of the condition of buildings on the block of the sample unit. Another asks the respondent's assessment of the quality of residential structures in the neighborhood.

   a. The proportion of renter households living near buildings with broken or boarded-up windows on the street was only 6.4 percent in 2017 (Table 18).

9

**Table 1**
**Housing Inventory, by Tenure and Occupancy**
**New York City 2011, 2014, and 2017**

| | Housing Units[a] | | | | | |
|---|---|---|---|---|---|---|
| | **2011** | | **2014** | | **2017** | |
| | **Number** | **Percent** | **Number** | **Percent** | **Number** | **Percent** |
| **Total housing units** | 3,352,041 | 100.0% | 3,400,093 | 100.0% | 3,469,240 | 100.0% |
| **Total rental units** | 2,172,634 | 64.8% | 2,184,297 | 64.2% | 2,183,064 | 62.9% |
| Occupied | 2,104,816 | 62.8% | 2,108,838 | 62.0% | 2,103,874 | 60.6% |
| Vacant, available for rent | 67,818 | 2.0% | 75,458 | 2.2% | 79,190 | 2.3% |
| **Total owner units** | 1,014,940 | 30.3% | 1,033,226 | 30.4% | 1,038,200 | 29.9% |
| Occupied | 984,066 | 29.4% | 1,015,299 | 29.9% | 1,006,081 | 29.0% |
| Vacant, available for sale | 30,875 | 0.9% | 17,926 | 0.5% | 32,119 | 0.9% |
| **Vacant units, not available for sale or rent** | 164,467 | 4.9% | 182,571 | 5.4% | 247,977 | 7.1% |

Sources:  U.S. Census Bureau, 2011, 2014, and 2017 New York City Housing and Vacancy Surveys.

Note:
(a)    In this report, numbers may not add up to the total due to rounding.

**Table 3**
**Rental Housing Inventory, by Rent Regulation Status**
**New York City 2017**

|  | Number | Percent |
|---|---|---|
| **All rental units**<br>(occupied and vacant available) | 2,183,064 | 100% |
| **Rent controlled** | 21,751[c] | 1.0% |
| **Rent stabilized** | 966,442 | 44.3% |
| Pre-1947 stabilized | 692,687 | 31.7% |
| Post-1947 stabilized | 273,755 | 12.5% |
| **Private non-regulated units[a]** | 936,850 | 42.9% |
| **All other rental units[b]** | 258,021 | 11.8% |

Sources:  U.S. Census Bureau, 2017 New York City Housing and Vacancy Survey.

Notes:
(a)   "Private non-regulated" consists of units that were never rent controlled or rent stabilized, units that were decontrolled (including those in buildings with five or fewer units), and unregulated rental units in cooperative or condominium buildings.
(b)   "All other rental units" includes Public Housing, Mitchell-Lama, *In Rem*, HUD-regulated, Article 4, Municipal Loan and Loft Board units.
(c)   Occupied Only

For the 2017 HVS the rent regulation coding sequence was adjusted to improve the accuracy of estimates of the rent stabilized stock. The 2017 HVS methodology incorporates additional information on 62,000 units that registered with DHCR as permanently exempt, including about 47,000 units that were registered as such prior to 2011, 9,000 units that were registered between 2012 and 2014, and about 6,000 units that were registered between 2015 and the 2017 HVS survey period. Due to these changes in methodology, any comparisons of the rent stabilized stock or tenant population between 2017 and earlier HVSs should be made with caution. For definitions and coding of rent regulation, please visit https://www.census.gov/programs-surveys/nychvs.html.

**Table 4B**
**Owner-Occupied Units and Home Ownership Rates, by Borough**
**New York City 2011, 2014, and 2017**

| Borough | Number of Owner-Occupied Units | | | Home Ownership Rate | | |
|---|---|---|---|---|---|---|
| | 2011 | 2014 | 2017 | 2011 | 2014 | 2017 |
| All | 984,066 | 1,015,299 | 1,006,081 | 31.9% | 32.5% | 32.4% |
| Bronx | 98,166 | 102,231 | 107,213 | 20.7% | 21.2% | 22.1% |
| Brooklyn | 256,130 | 270,647 | 274,389 | 27.6% | 29.0% | 29.2% |
| Manhattan | 181,606 | 189,100 | 182,777 | 24.1% | 24.8% | 24.6% |
| Queens | 337,775 | 347,567 | 342,385 | 43.9% | 44.3% | 43.8% |
| Staten Island | 110,389 | 105,754 | 99,318 | 67.5% | 64.6% | 61.7% |

Sources: U.S. Census Bureau, 2011, 2014, and 2017 New York City Housing and Vacancy Surveys.

**Table 6**
**Vacant for Rent Units and Vacancy Rates, by Rent Regulation Status**
**New York City 2011, 2014, and 2017**

| | 2011 | | 2014 | | 2017 | |
|---|---|---|---|---|---|---|
| | Vacant Units Available for Rent | Net Vacancy Rate[a] | Vacant Units Available for Rent | Net Vacancy Rate[a] | Vacant Units Available for Rent | Net Vacancy Rate[a] |
| **All vacant for rent units** | 67,818 | 3.12% | 75,458 | 3.45% | 79,190 | 3.63% |
| **Rent stabilized units** | 26,003 | 2.55% | 21,822 | 2.12% | 19,927 | 2.06% |
| Pre-1947 stabilized | 19,457 | 2.54% | 17,535 | 2.29% | 16,612 | 2.40% |
| Post-1947 stabilized | 6,546 | 2.59% | 4,287[d] | 1.63% | 3,315 | 1.21% |
| **Private non-regulated units**[b] | 37,643 | 4.61% | 47,518 | 5.60% | 56,856 | 6.07% |
| **All other rental units**[c] | 4,172[d] | 1.40% | 6,119 | 2.20% | 2,407 | 0.93% |

Sources:  U.S. Census Bureau, 2011, 2014, and 2017 New York City Housing and Vacancy Surveys.

Notes:
(a)   The vacancy rate is calculated by dividing vacant available for rent units that are not dilapidated by the sum of vacant available for rent units that are not dilapidated plus renter-occupied units (dilapidated and not dilapidated).
(b)   "Private non-regulated" consists of units that were never rent controlled or rent stabilized, units that were decontrolled (including those in buildings with five or fewer units), and unregulated rental units in cooperative or condominium buildings.
(c)   "All other rental units" includes Public Housing, Mitchell-Lama, *In Rem*, HUD-regulated, Article 4, Municipal Loan and Loft Board units.
(d)   Since the number of units is small, interpret with caution.

For the 2017 HVS the rent regulation coding sequence was adjusted to improve the accuracy of estimates of the rent stabilized stock. The 2017 HVS methodology incorporates additional information on 62,000 units that registered with DHCR as permanently exempt, including about 47,000 units that were registered as such prior to 2011, 9,000 units that were registered between 2012 and 2014, and about 6,000 units that were registered between 2015 and the 2017 HVS survey period. Due to these changes in methodology, any comparisons of the rent stabilized stock or tenant population between 2017 and earlier HVSs should be made with caution. For definitions and coding of rent regulation, please visit https://www.census.gov/programs-surveys/nychvs.html.

### Table 8
### Number of Vacant Units Unavailable for Rent or Sale,
### by Reason for Unavailability
### New York City 2011, 2014, and 2017

| Reason Unavailable | 2011 | | 2014 | | 2017 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| Total | 164,467 | 100.0% | 182,571 | 100.0% | 245,425 | 100.0% |
| Dilapidated | (a) | (a) | (a) | 1.9%[b] | (a) | 2.9%[b] |
| Rented, not yet occupied | 7,553 | 4.6% | 5,213 | 2.9% | 10,960 | 4.5% |
| Sold, not yet occupied | 7,084 | 4.3% | 6,570 | 3.6% | 11,156 | 4.5% |
| Undergoing renovation | 29,087 | 17.8% | 42,434 | 23.4% | 58,347 | 23.8% |
| Awaiting renovation | 19,043 | 11.6% | 18,524 | 10.2% | 20,283 | 8.3% |
| Held for occasional, seasonal, or recreational use | 64,590 | 39.5% | 54,764 | 30.2% | 74,945 | 30.5% |
| Used/converted to non-residential use | (a) | (a) | (a) | (a) | (a) | (a) |
| In legal dispute | 13,904 | 8.5% | 10,860 | 6.0% | 9,626 | 3.9% |
| Awaiting conversion/ being converted to coop/condo | (a) | (a) | (a) | (a) | (a) | (a) |
| Held pending sale of building | (a) | (a) | 7,940 | 4.4% | 5,886 | 2.4% |
| Owner's personal problems (age, illness, etc.) | 10,465 | 6.4% | 18,079 | 10.0% | 12,719 | 5.2% |
| Held for planned demolition | (a) | (a) | (a) | (a) | (a) | (a) |
| Held for other reasons | 5,591 | 3.4% | 9,485 | 5.2% | 27,009 | 11.0% |
| Reason not reported | (a) | -- | (a) | -- | (a) | -- |

Sources:  U.S. Bureau of the Census, 2011, 2014, 2017 New York City Housing and Vacancy Surveys.
Notes:    (a)  Too few units to report.
          (b)  Since the number of units is small, interpret with caution.

## Table 10
## Median Renter Household Incomes, by Rent Regulation Status
## New York City 2013 and 2016
## (Constant 2016 dollars)[a]

| | Median Household Income[a] | | Percent Change |
|---|---|---|---|
| | 2013 | 2016 | 2013 - 2016 |
| All renters | $42,567 | $47,200 | 10.9% |
| Rent controlled | $29,745 | $28,260 | -5.0% |
| Rent stabilized | $41,643 | $44,560 | 7.0% |
| Pre-1947 stabilized | $41,028 | $42,000 | 2.4% |
| Post-1947-stabilized | $47,182 | $50,000 | 6.0% |
| Private non-regulated[b] | $59,491 | $67,000 | 12.6% |
| All other rental units[c] | $18,766 | $18,792 | 0.1% |

Sources:   U.S. Bureau of the Census, 2014 and 2017 New York City Housing and Vacancy Surveys.

Notes:
(a)   Incomes are reported for the year before each survey, 2013 and 2016.  2013 data are updated  to 2016 using the
      Consumer Price Index for All Urban Consumers for New York- Northeast New Jersey-Long Island, CPI-U,
      yearly average, Bureau of Labor Statistics.
(b)   "Private non-regulated" consists of units that were never rent controlled or rent stabilized, units that were
      decontrolled, including those in buildings with five or fewer units, and unregulated rentals in cooperative or
      condominium buildings.
(c)   "All other rental units" includes Public Housing, Mitchell-Lama, In Rem, HUD-regulated, Article 4, Municipal
      Loan and Loft Board units.

For the 2017 HVS the rent regulation coding sequence was adjusted to improve the accuracy of estimates of the rent
stabilized stock. The 2017 HVS methodology incorporates additional information on 62,000 units that registered with
DHCR as permanently exempt, including about 47,000 units that were registered as such prior to 2011, 9,000 units
that were registered between 2012 and 2014, and about 6,000 units that were registered between 2015 and the 2017
HVS survey period. Due to these changes in methodology, any comparisons of the rent stabilized stock or tenant
population between 2017 and earlier HVSs should be made with caution. For definitions and coding of rent
regulation, please visit https://www.census.gov/programs-surveys/nychvs.html.

**Table 12**
**Median Contract Rent, by Rent Regulation Status**
**New York City 2014 and 2017**

| | Median Monthly Contract Rent[c] | | Percent Change |
|---|---|---|---|
| | 2014[c] | 2017 | 2014-2017 |
| **All renters** | $1,237 | $1,337 | 8.1% |
| **Rent controlled** | $928 | $915 | -1.4% |
| **Rent stabilized** | $1,237 | $1,269 | 2.6% |
| Pre-1947 stabilized | $1,188 | $1,225 | 3.1% |
| Post-1947 stabilized | $1,340 | $1,400 | 4.5% |
| **Private non-regulated[a]** | $1,546 | $1,700 | 10.0% |
| **All other rental units[b]** | $601 | $610 | 1.5% |

Sources:  U.S. Bureau of the Census, 2014 and 2017 New York City Housing and Vacancy Surveys.

Notes:
(a)  "Private non-regulated" consists of units that were never rent-controlled or rent-stabilized, units that were decontrolled (including those in buildings with five or fewer units), and unregulated rental units in cooperative or condominium buildings.
(b)  "All other rental units" includes Public Housing, Mitchell-Lama, *In Rem*, HUD-regulated, Article 4, Municipal Loan and Loft Board units.
(c)  In April 2017 Dollars.

For the 2017 HVS the rent regulation coding sequence was adjusted to improve the accuracy of estimates of the rent stabilized stock. The 2017 HVS methodology incorporates additional information on 62,000 units that registered with DHCR as permanently exempt, including about 47,000 units that were registered as such prior to 2011, 9,000 units that were registered between 2012 and 2014, and about 6,000 units that were registered between 2015 and the 2017 HVS survey period. Due to these changes in methodology, any comparisons of the rent stabilized stock or tenant population between 2017 and earlier HVSs should be made with caution. For definitions and coding of rent regulation, please visit https://www.census.gov/programs-surveys/nychvs.html.

## Table 14
## Monthly Contract Rent in Renter Occupied Housing
## New York City 2014 and 2017
## (Constant April 2017 Dollars[a])

| Monthly Contract Rent (April 2017 Dollars) | 2014 | | 2017 | |
|---|---|---|---|---|
| | Number | Percent | Number | Percent |
| **Total** | 2,108,838 | 100.0% | 2,103,874 | 100% |
| **Less than $500** | 161,776 | 7.9% | 143,488 | 7.0% |
| **$500-$799** | 188,006 | 9.1% | 160,238 | 7.9% |
| $500-$699 | 103,908 | 5.1% | 93,563 | 4.6% |
| $700-$799 | 84,098 | 4.1% | 66,675 | 3.3% |
| **$800-$999** | 253,337 | 12.3% | 211,673 | 10.4% |
| $800-$899 | 111,068 | 5.4% | 88,757 | 4.4% |
| $900-$999 | 142,269 | 6.9% | 122,915 | 6.0% |
| **$1,000 - $1,499** | 740,732 | 36.0% | 662,466 | 32.5% |
| $1,000-$1,249 | 459,671 | 22.4% | 373,458 | 18.3% |
| $1,250-$1,499 | 281,061 | 13.7% | 289,007 | 14.2% |
| **$1,500 - $1,999** | 351,847 | 17.1% | 401,444 | 19.7% |
| $1,500-$1,749 | 209,790 | 10.2% | 257,933 | 12.7% |
| $1,750 -$1,999 | 142,057 | 6.9% | 143,511 | 7.0% |
| **$2,000+** | 359,748 | 17.5% | 459,342 | 22.5% |
| $2,000-$2,499 | 130,871 | 6.4% | 176,370 | 8.7% |
| $2,500+ | 228,877 | 11.1% | 282,972 | 13.9% |
| **No rent** | 53,391 | | 65,223 | |

Sources: U.S. Bureau of the Census, 2014 and 2017 New York City Housing and Vacancy Surveys.

Notes:

(a)  Constant 2017 dollars are derived by multiplying 2014 rents by the ratio of the April 2017 CPI over the April 2014 CPI (267.95/259.99).  Consumer Price Index for All Urban Consumers (CPI-U) for New York-Northern New Jersey-Long Island, Bureau of Labor Statistics, U.S. Department of Labor.

**Table 16**
**Housing Cost Burden in Renter Occupied Housing**
**New York City 2011, 2014, and 2017**

| Contract Rent | 2011 | 2014 | 2017 |
|---|---|---|---|
| Median contract rent/income ratio (proportion of income households pay for contract rent) [a] | 30.9% | 31.2% | 31.3% |
| Proportion of households paying 50 percent or more of household income for contract rent | 29.6% | 30.1% | 29.6% |
| **Gross Rent** | | | |
| Median gross rent/income ratio (proportion of income households pay for gross rent) [b] | 33.8% | 33.8% | 33.7% |
| Proportion of households paying 50 percent or more of household income for gross rent | 33.1% | 33.5% | 32.4% |

Sources:   U.S. Census Bureau, 2011, 2014, and 2017 New York City Housing and Vacancy Surveys.

Notes:
(a)  Contract rent is the amount tenants agree to pay owners for the units they occupy, as contracted between the tenant and the owner in the lease; it includes fuel and utilities if they are provided by the owner without additional, separate charges to the tenant.
(b)  Gross rent is the contract rent plus any additional charges for fuel and utilities paid separately by the tenant.

**Table 18**
**Housing and Neighborhood Conditions**
**New York City 2011, 2014, and 2017**

| Residential Building Condition | Number or Percent of Households | | |
|---|---|---|---|
| | 2011 | 2014 | 2017 |
| All occupied units (renter and owner units) in dilapidated buildings[a] | | | |
| Number | 6,745 | 12,640 | 7,119 |
| Percent | 0.2% | 0.4% | 0.2% |
| Renter-occupied units in dilapidated buildings[a] | | | |
| Number | 5,858 | 9,679 | 4,411 |
| Percent | 0.3% | 0.5% | 0.2% |
| Renter-occupied units in buildings with no building defects | | | |
| Number | 1,707,836 | 1,727,822 | 1,684,072 |
| Percent | 88.8% | 91.8% | 93.0% |
| **Housing Unit Maintenance Conditions** | | | |
| Renter-occupied units with 5 or more of 7 maintenance deficiencies[b] | 76,180 | 78,654 | 67,053 |
| | 4.3% | 4.3% | 3.6% |
| Renter-occupied units with no maintenance deficiencies[b] | 719,506 | 807,987 | 966,825 |
| | 41.0% | 44.2% | 51.9% |
| Renter-occupied units with heating breakdowns (4 or more times) | 129,807 | 128,644 | 101,918 |
| | 7.2% | 6.8% | 5.2% |
| Renter-occupied units with no heating breakdowns | 1,511,211 | 1,589,036 | 1,719,167 |
| | 83.3% | 83.4% | 87.2% |
| **Neighborhood Condition** | | | |
| Renter household opinion of good/excellent neighborhood quality | 1,290,114 | 1,370,730 | 1,504,301 |
| | 70.4% | 71.7% | 76.1% |
| Renter household opinion of poor neighborhood quality | 105,351 | 105,232 | 86,633 |
| | 5.7% | 5.5% | 4.4% |
| Renter households with any building with broken or boarded-up windows on same street | 151,355 | 119,274 | 125,206 |
| | 7.3% | 5.8% | 6.4% |

Sources:   U.S. Census Bureau, 2011, 2014, and 2017 New York City Housing and Vacancy Surveys.
Notes:   (a) A structure was rated dilapidated if it showed one or more critical defects or a combination of intermediate defects or inadequate original construction.   (b) Maintenance deficiencies include: 1) additional heating required in winter; 2) heating breakdown; 3) cracks or holes in interior walls, ceilings, or floors; 4) presence of rodents; 5) presence of broken plaster or peeling paint; 6) toilet breakdown; 7) water leakage into unit.

# Technical Notes

[1] Suggested citation: Gaumer, E. Selected Initial Findings of the 2017 New York City Housing and Vacancy Survey. New York, NY: New York City Department of Housing Preservation and Development; 2018.

[2] Further information on the statistical reliability of data from the 2017 HVS, except for the City's rental vacancy rate is expected to be available to the public in the summer of 2018.

[3] Since the first HVS, the Census Bureau excludes housing units in "special places." "Special places" include transient hotels and motels, institutions, prisons, dormitories, hospitals, nursing homes, and shelters. The 2010 Census, as for all decennial censuses, includes housing units in special places as long as they meet the definition of a housing unit as separate living quarters. For the 2010 Census, separate living quarters were those that had direct access from outside the building or through a common hall. Therefore, the numbers of housing units the decennial censuses report are higher than the number of housing units the HVS reports.

[4] Percents in this report are calculated based on unrounded numbers. Column numbers may not add to total due to rounding.

[5] The Standard Error of Estimate (SEE) is a statistical measure most commonly used to approximate sampling error. Non-sampling errors can come from many sources, including if any units were erroneously classified as occupied or vacant. However, the incidence of non-sampling errors made in estimating the rental vacancy rate is likely to be low for the HVS, since the primary purpose of the HVS is to estimate the rental vacancy rate accurately.

[6] Contract rent is the amount tenants agree to pay owners for the units they occupy, as contracted between the tenant and the owner in the lease; it includes fuel and utilities if they are provided by the owner without additional, separate charges to the tenant.

[7] Gross rent is the contract rent plus any additional charges for fuel and utilities paid separately by the tenant.