Honorable Eric R. Komitee
February 10, 2020
Page 1 of 2

February 10, 2020

<u>VIA COURIER AND ECF</u>

Honorable Eric R. Komitee
United States District Judge
Courtroom 6G North
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Community Housing Improvement Program, Rent Stabilization Association of N.Y.C.,*
       *Inc., et al. v. City of New York, et al.*, 1:19-cv-04087-EK-RLM (E.D.N.Y.)

Dear Judge Komitee:

    We represent Plaintiffs[1] in this action. In accord with Rule II(D) of Your Honor's
Individual Practices and Rules, please find enclosed two courtesy copies of Plaintiffs' Omnibus
Opposition To Defendants' and Intervenors' Motions To Dismiss, which appears at ECF No. 77.

        Sincerely,                          */s/ Andrew J. Pincus*
                                            Andrew J. Pincus
                                            Timothy S. Bishop
                                            Reginald R. Goeke
                                            Robert W. Hamburg

                                            MAYER BROWN LLP
                                            1221 Avenue of the Americas
                                            New York, New York 10020
                                            Tel: (212) 506-2500

                                            *Counsel for Plaintiffs*

---

[1] Community Housing Improvement Program, Rent Stabilization Association of N.Y.C., Inc., Constance
Nugent-Miller, Mycak Associates LLC, Vermyck LLC, M&G Mycak LLC, Cindy Realty LLC, and Danielle Realty
LLC, and Forest Realty LLC.

Honorable Eric R. Komitee
February 10, 2020
Page 2 of 2

Copies provided via ECF and without enclosures to:

    Honorable Jud Roanne L. Mann
    UNITED STATES MAGISTRATE JUDGE

    Rachel Kane Moston
    NEW YORK CITY LAW DEPARTMENT

    Jonathan Conley and Michael Berg
    NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL

    Faith Gay, Caitlin Halligan, and Sean Baldwin
    SELENDY & GAY

    Edward Josephson
    LEGAL SERVICES NYC

    Judith Goldiner
    THE LEGAL AID SOCIETY