UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

COMMUNITY HOUSING IMPROVEMENT PROGRAM, RENT STABILIZATION ASSOCIATION OF N.Y.C., INC., CONSTANCE NUGENT-MILLER, MYCAK ASSOCIATES LLC, VERMYCK LLC, M&G MYCAK LLC, CINDY REALTY LLC, DANIELLE REALTY LLC, FOREST REATLTY, LLC,

**NOTICE OF APPEARANCE**

19-cv-04087 (EK)

Plaintiffs,

- against -

CITY OF NEW YORK, RENT GUIDELINES BOARD, DAVID REISS, CECILIA JOZA, ALEX SCHWARZ, GERMAN TEJEDA, MAY YU, PATTI STONE, J. SCOTT WALSH, LEAH GOODRIDGE, AND SHEILA GARCIA, IN THEIR OFFICIAL CAPACITIES AS CHAIR AND MEMBERS, RESPECTIVELY, OF THE RENT GUIDELINES BOARD, AND RUTHANNE VISNAUSKAS, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF NEW YORK STATE HOMES AND COMMUNITY RENEWAL, DIVISION OF HOUSING AND COMMUNITY RENEWAL,

Defendants.

------------------------------------------------------------------------- x

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Claudia Brodsky, appears as counsel for Defendants the City of New York ("City"), David Reiss, Cecilia Joza, Alex Schwarz, German Tejeda, May Yu, Patti Stone, J. Scott Walsh, Leah Goodridge, and Sheila Garcia, in their official capacities as Chair and Members, respectively, of the New York City Rent Guidelines Board ("RGB") (collectively, "City Defendants"), and requests receipt of notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: New York, New York
February 25, 2020

                        JAMES E. JOHNSON
                        Corporation Counsel of
                        the City of New York
                        Attorney for City of New York
                        100 Church Street, Room 6-120
                        New York, New York 10007
                        Email: cbrodsky@law.nyc.gov
                        Tel: (212) 356-2498
                        Fax: (212) 356-2019

                                         /s/
By:   _____
       Claudia Brodsky
       Assistant Corporation Counsel

TO: Reginald R. Goeke, Esq. (via ECF)
*Counsel for Plaintiffs*

Michael Berg, Esq. (via ECF)
Jonathan Conley, Esq.
*Counsel for Co-Defendant DHCR*

Sean Baldwin, Esq. (via ECF)
*Counsel for Intervenors*