IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMUNITY HOUSING IMPROVEMENT PROGRAM, RENT STABILIZATION ASSOCIATION OF N.Y.C., INC., CONSTANCE NUGENT-MILLER, MYCAK ASSOCIATES LLC, VERMYCK LLC, M&G MYCAK LLC, CINDY REALTY LLC, DANIELLE REALTY LLC, and FOREST REALTY, LLC<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF NEW YORK, RENT GUIDELINES BOARD, DAVID REISS, CECILIA JOZA, ALEX SCHWARZ, GERMAN TEJEDA, MAY YU, PATTI STONE, J. SCOTT WALSH, LEAH GOODRIDGE, and SHEILA GARCIA IN THEIR OFFICIAL CAPACITIES AS CHAIR AND MEMBERS, RESPECTIVELY, OF THE RENT GUIDELINES BOARD, and RUTHANNE VISNAUSKAS, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF NEW YORK STATE HOMES AND COMMUNITY RENEWAL, DIVISION OF HOUSING AND COMMUNITY RENEWAL.<br><br>      Defendants. | Case No. 19-cv-4087-EK-RLM |

**PLAINTIFFS' NOTICE OF APPEAL**

All Plaintiffs in this case hereby appeal to the U.S. Court of Appeals for the Second Circuit from the September 30, 2020 memorandum and order (ECF No. 93) granting Defendants' motions to dismiss, the September 30, 2020 final judgment dismissing Plaintiffs' claims (ECF No. 94), and all prior and subsequent non-final orders adverse to Plaintiffs.

[*Signature Block on Following Page*]

Dated: October 2, 2020

/s/ *Andrew J. Pincus*
Andrew J. Pincus
Timothy S. Bishop
Reginald R. Goeke
Robert W. Hamburg

MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 506-2500

*Counsel for Plaintiffs*